IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAQUARY DARDEN, ) | |
|     Plaintiff, ) | Civil Action No. 7:16cv00022 |
| ) | |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| Q. REYNOLDS, ) | United States District Judge |
|     Defendant. ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendant's motion for summary judgment (Dkt. No. 15) is GRANTED, plaintiff's complaint is dismissed without prejudice, and this matter is STRICKEN from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record and to Mr. Darden, plaintiff.

Entered: January 30, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge